**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.  WAYNE ORDAKOWSKI,

    Defendant.

**MINUTE ORDER**[1]

    Due to a conflict arising on the court's calendar, the sentencing hearing previously set for May 14, 2010, at 9:00 a.m., is **VACATED** and is **CONTINUED** to **10:00 A.M.**, on May 14, 2010.

    Dated:  February 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.